**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | **Case No. 13-33279** |
| **Grace Jackson,** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE OF THIS OBJECTION.**

**OBJECTION TO CLAIM NO. 9**
**OF CREDITOR ECAST SETTLEMENT CORPORATION**

COMES NOW the Debtor, by and through counsel, and hereby files this Objection to Claim No. 9 of Creditor eCAST Settlement Corporation and as grounds for the Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on December 6, 2013. Debtor did not list eCAST Settlement Corporation ("eCAST") on any of her schedules, nor did she list any creditor for whom eCAST is collecting.

2. On March 3, 2014, creditor eCAST filed a proof of claim for $1,718.12 (Claim No. 9), claiming the entire amount as unsecured. eCAST attached a "Statement of Claim Based on Consumer Credit" to the proof of claim, which stated the original creditor was First Consumer National Bank, the last transaction occurred on January 29, 2001, and the charge-off date on the account was September 17, 2001.

3. The statute of limitations had run on the collection of this debt at the time Debtor filed her Chapter 13 case. Therefore, eCAST's claim is unenforceable against Debtor and should be disallowed by the Court pursuant to 11 U.S.C. § 502(b).

WHEREFORE, the premises considered, Debtor objects to Claim No. 9 of creditor eCAST Settlement Corporation and asks this Court to disallow the claim in its entirety.

Respectfully submitted November 14, 2016.

/s/ Joshua C. Milam
Joshua C. Milam ASB-3046-T99U
Attorney for Debtor
The Shinbaum Law Firm, P.C.
566 South Perry Street (36104)

P.O. Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing objection on all parties listed below by CM/ECF or by mail on November 14, 2016.

Chapter 13 Trustee

Bankruptcy Administrator

eCAST Settlement Corporation
PO Box 35480
Newark, NJ 07193-5480

eCAST Settlement Corporation
c/o Thomas A. Lee III
Becket & Lee LLP
16 General Warren Blvd
Malvern, PA 19355

/s/ Joshua C. Milam
Joshua C. Milam ASB-3046-T99U